IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS AV, LLC,<br><br>                 Plaintiff,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD.;<br>FUTUREWEI TECHNOLOGIES, INC.,<br><br>                 Defendants. | C.A. No. 1:11-cv-01088-GMS |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Pragmatus AV, LLC, ("Pragmatus") and Huawei Technologies Co., Ltd. ("Huawei Technologies") and Futurewei Technologies, Inc. ("Futurewei Technologies") hereby (collectively, "Huawei" or "Defendants"), having entered into a settlement and license agreement and each having executed the agreement, hereby stipulate to:

(1) Dismissal with prejudice of all of Pragmatus's claims against Defendants in this action; and

(2) Dismissal with prejudice of all of Defendants' counterclaims in this action. Each party will bear its own costs and attorneys' fees.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 25, 2012                                   Respectfully submitted,

*/s/ Brian E. Farnan*                                   */s/ William J. Marsden, Jr.*
Brian E. Farnan (#4089)                                 William J. Marsden, Jr. (#2247)
919 North Market Street, 12th Floor                     222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19801                              P.O. Box 1114
(302) 777-0300                                          Wilmington, DE 19899-1114
bfarnan@farnanlaw.com                                   (302) 652-5070
                                                        marsden@fr.com

*Counsel for Plaintiff*
*Pragmatus AV, LLC*                                     *Counsel for Defendants*
                                                        *Huawei Technologies Co. Ltd. and*
                                                        *Futurewei Technologies, Inc.*

IT IS SO ORDERED.

May 1, 2012                    _____
                               CHIEF UNITED STATES DISTRICT JUDGE